UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIA JOHNSTONE,<br><br>                      Plaintiff,<br><br>        v.<br><br>ABERDEEN SCHOOL DISTRICT,<br><br>                      Defendant. | CASE NO. C21-5655JLR<br><br>SHOW CAUSE ORDER |

Plaintiff Mia Johnstone commenced this action against Defendant Aberdeen School District (the "District") to recover attorney's fees and costs pursuant to 20 U.S.C. § 1415(i)(3)(B).  (*See* Compl. (Dkt. # 1) ¶ 1.5.)  On December 10, 2021, the court adopted Ms. Johnstone and the District's proposed briefing schedule regarding Ms. Johnstone's motion for attorney's fees and costs against the District.  (*See* 12/10/21 Order (Dkt. # 8); *see also* JSR (Dkt. # 7) at 3.)  In line with the parties' proposed briefing schedule, the court ordered Ms. Johnstone to file her motion for attorney's fees and costs "no later than January 24, 2022."  (*See* 12/10/21 Order at 2.)  As of the date of this order,

SHOW CAUSE ORDER - 1

however, Ms. Johnstone has not filed her motion for attorney's fees and costs.  (*See generally* Dkt.)  She has not made any attempt to explain the missed deadline, nor has she requested relief from the deadline pursuant to Local Rule 7(j).  (*See generally id.*); *see also* Local Rules W.D. Wash. LCR 7(j).

Accordingly, the court ORDERS Ms. Johnstone to show cause within seven (7) days of the date of this order why this action should not be dismissed for failure to comply with the court's scheduling order.  *See* Fed. R. Civ. P. 41(b).  The court warns that failure to timely respond to this order to show cause may result in the dismissal of this action with prejudice.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or comply with a court order).  The District may, but is not required to, respond to this order within the same timeframe.  Any response filed by any party to this order shall be limited to five pages.

Dated this 17th day of February, 2022.

JAMES L. ROBART
United States District Judge

SHOW CAUSE ORDER - 2