UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIA JOHNSTONE,<br><br>    Plaintiff(s),<br><br>V.<br><br>ABERDEEN SCHOOL DISTRICT<br><br>    Defendant(s). | CASE NO. 3:21-CV-05655-JLR<br><br>**JLR**<br><br>[PROPOSED] ORDER TO STAY ALL DEADLINES PENDING FINALIZATION OF SETTLEMENT AGREEMENT |

Pursuant to the parties' Joint Motion to Stay all Deadlines Pending Finalization of Settlement Agreement, IT IS HEREBY ORDERED as follows: All pending deadlines shall be stayed until finalization of the Settlement Agreement. All upcoming hearings shall be taken off calendar.

THUS DONE AND SIGNED this 23rd day of February, 2022.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER TO STAY ALL DEADLINES PENDING FINALIZATION OF
SETTLEMENT AGREEMENT
3:21-CV-05655-JLR
PAGE 1