UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIA JOHNSTONE,<br><br>　　Plaintiff(s),<br><br>V.<br><br>ABERDEEN SCHOOL DISTRICT<br><br>　　Defendant(s). | CASE NO. 3:21-CV-05655-JLR<br><br>[PROPOSED] ORDER TO DISMISS  JLR<br>WITH PREJUDICE |

Considering the foregoing Motion to Dismiss with Prejudice filed on behalf of Plaintiff, Mia Johnstone, in her capacity as parent and guardian of minor student, E.J.,

IT IS HEREBY ORDERED THAT the entirety of the captioned matter against Defendant Aberdeen School District be and is dismissed with prejudice.

THUS DONE AND SIGNED this 25th day of February, 2022.

_____
James L. Robart
United States District Judge

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE
3:21-CV-05655-JLR
PAGE 1

**FORD LAW FIRM PLLC**
6141 NE Bothell Way, Suite 203
Kenmore, WA 98028
rpf@fordlawfirmpllc.com
Tel 425.908.7692 • Fax 425.663.3333